IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | : | |
|---|---|---|
| **TYRONE YOUMUS,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 6:03-CR-20 (HL) |
| | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 253) filed November 22, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the petitioner within the time allowed.

**SO ORDERED,** this the 10th day of January, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**